tion by Ellen Perry and another against Mary J. McDaniel. W. A. McQuaid, for appellants. J. H. Fargis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PETERSON, Respondent, v. NEW YORK CONTRACTING CO., PENNSYLVANIA TERMINAL, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Peter Peterson against the New York Contracting Company, Pennsylvania Terminal. No opinion. Judgment and order unanimously affirmed, with costs.

PFEIFFER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Margaret Pfeiffer, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

ROBSON, J., dissents.

PHILLIPS et al. v. VAN LEER et al. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Moses H. Phillips and another against Isaac Van Leer and others. No opinion. Motion granted, on payment of $10 costs. Settle order on notice.

In re PICKARD'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) In the matter of the estate of Elda M. Pickard, an infant. No opinion. Decree, so far as appealed from, reversed, without costs of this appeal to either party. Held, that the surrogate had no power to modify the decree.

PIERCE, Respondent, v. SUPREME TENT OF KNIGHTS OF MACCABEES OF THE WORLD, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by Jabez C. Pierce against the Supreme Tent of the Knights of the Maccabees of the World.

PER CURIAM. It appearing that there are not four justices of this court qualified to sit in this appeal, said appeal is ordered transferred to the Appellate Division of the Third Judicial Department, to be there heard and determined, pursuant to the provisions of section 231 of the Code of Civil Procedure.

SPRING and ROBSON, JJ., not sitting.

PIERING v. WALSH. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Antonio Piering against Patrick J. Walsh. No opinion. Motion granted, with $10 costs. Order filed.

PINE, Respondent, v. HAYES et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Elizabeth Pine against Nina Hayes and others. No opinion. Judgment affirmed, with costs.

PIONEER IRON WORKS, Respondent, v. MARINE ENGINE & MACHINE CO., Appellant. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by the Pioneer Iron Works against the Marine Engine & Machine Company. H. G. Chapin, for appellant. G. Lange, Jr., for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, J., dissents, on the ground of erroneous rulings on the exclusion of the expert testimony.

PISTAMIGLIO, Respondent, v. BURCHELL, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Josephine Pistamiglio against Jeanette Burchell. C. E. Thornall, for appellant. H. C. Smyth, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PITTS, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Pearl E. Pitts against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff within 20 days stipulates to reduce the verdict to the sum of $3,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

KRUSE, J., dissents, and votes for reversal upon the ground that the trial judge erred in charging the jury that the defendant is liable if the accident was caused by the negligence of some one else, or an employé of some other railroad company, and holding the defendant absolutely liable for such negligence. Stoddard v. N. Y., N. H. & H. R. R. Co., 181 Mass. 422, 63 N. E. 927.

PLAUT, Appellant, v. GORHAM MFG. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Isaac S. Plaut, as trustee, against the Gorham Manufacturing Company and another. E. J. Myers, for appellant. J. N. Hayes, for respondents. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

In re PLESHET. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) In the matter of the application of Louis Pleshet for license and admission to practice as an official examiner of title. No opinion. The petition of the applicant and a bond in accordance with the provisions of the rules of the Court of Appeals and the special